PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -2 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLK

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Lynn Jennings | Case Number: 4:04CR00163-01 BRW |
| Name of Sentencing Judicial Officer: | Honorable Billy Roy Wilson<br>United States District Judge |

Original Offense:   Transporting a Minor for the Purpose of Engaging in Sexual Activity

Date of Sentence:   May 9, 2005

Original Sentence:   96 months Bureau of Prisons, 3 years supervised release, mental health treatment specializing in sexual offender treatment, polygraph, must register, no direct contact with minors, no possession of pornographic material, U.S. Probation Office to provide state officials with sex offender registration information, and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: July 12, 2012<br>Date Supervision Expires: July 11, 2015 | |
|---|---|---|---|
| U.S. Probation Officer: Brenna Willis-Cross | Asst. U.S. Attorney: John Ray White | | Defense Attorney: Jenniffer Horan |

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒  To modify the conditions of supervision as follows:

**Removal of the following Special Condition:**
The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but no limited to, schools daycare centers, theme parks, and playgrounds.

**Addition of the following Special Condition:**
The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.

Prob 12B                              -2-                        Request for Modifying the
                                                                 Conditions or Terms of Supervision
                                                                 with Consent of the Offender

Name of Offender: Robert Lynn Jennings                           Case Number: 4:04CR00163-01 BRW

## CAUSE

Mr. Jennings is wanting to be an active participant in both his minor son and grandchildren's lives. Implementation of the proposed condition will afford Mr. Jennings to reunify his family. Due to Mr. Jennings' history coupled with the recommendation of his counselor, it is requested that the above condition be ordered. Jenniffer Horan of the Federal Public Defender's Office has been notified of this modification.

_____          _____
Brenna E. Cross                            John Ray White
U.S. Probation Officer                     Assistant U.S. Attorney

Date: May 1, 2014                          Date: 05/01/14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

5-2-2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Removal of the following Special Condition:**

The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but no limited to, schools daycare centers, theme parks, and playgrounds.

**Addition of the following Special Condition:**

The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.

Witness: /s/ Brenna Cross
U.S. Probation Officer

Signed: /s/
Probationer or Supervised Releasee

5-1-14
DATE

/s/
FEDERAL DEFENDER