IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:04-CR-00163-BRW

ROBERT LYNN JENNINGS

## ORDER

Defendant's Motion for Early Termination of Supervised Release (Doc. No. 37) is DENIED.

IT IS SO ORDERED this 16th day of June, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE